UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE USE OF A CELL-SITE SIMULATOR TO IDENTITY THE CELLULAR DEVICE CARRIED BY ROBERT LONG, A/K/A "ROBBIE" (TARGET SUBJECT). | Case No. 3:17MJ189<br><br>**Filed Under Seal** |

Upon motion of the United States and for the reasons set forth in the affidavit, it is hereby ORDERED that the Application, Warrant and accompanying Affidavit in the above captioned matter are hereby placed under seal.

This 17th day of May 2017.

David S. Cayer
United States Magistrate Judge